IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACKSON PHAYSALEUM, | ) | No. C 07-5780 JSW (PR) |
| Petitioner, | ) | |
| vs. | ) | **TRANSFER ORDER** |
| TONY HEDGEPETH, Warden, | ) | |
| Respondent. | ) | |

Petitioner, a prisoner incarcerated at Kern Valley State Prison in Delano, California, has filed a petition for a writ of habeas corpus seeking review of his criminal conviction from San Joaquin County, which lies within the venue of the Eastern District of California. *See* 28 USC § 84(b). Venue is proper in a habeas action in either the district of conviction or the district of confinement, *see id* § 2241(d). However, federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *See Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

Therefore, the Court ORDERS that pursuant to 28 USC § 1404(a) and Habeas LR 2254-3(b), and in the interest of justice, the Clerk of the Court shall TRANSFER this matter to the United States District Court for the Eastern District of California.

IT IS SO ORDERED.

DATED: November 26, 2007

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JACKSON PHAYSALEUM,

    Plaintiff,

v.

TONEY HEDGEPETH et al,

    Defendant.

Case Number: CV07-05780 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 26, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jackson Phaysaleum V-82761
Kern Valley State Prison
P.O. Box 5107
Delano, CA 93216

Dated: November 26, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk